UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
RICHARD MEJIA, Individually, and On Behalf of All Others Similarly Situated,

       Plaintiff,

vs.

DOCTOR ON DEMAND, INC.,

       Defendant.
---------------------------------------------------------------x

Civil Action No: 1:22-cv-03566-ER

**NOTICE OF APPEARANCE**

TO: The Clerk of Court and All Parties of Record:

Please enter my appearance as counsel for plaintiff Richard Mejia in the above-referenced action. I certify that I am admitted to practice in this Court.

DATED: June 14, 2022    **MIZRAHI KROUB LLP**

           /s/ William J. Downes
         WILLIAM J. DOWNES

WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
wdownes@mizrahikroub.com

*Attorney for Plaintiff*