UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD MEJIA, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-against-

DOCTOR ON DEMAND, INC.,

                Defendant.

**ORDER**

22 Civ. 3566 (ER)

    On June 7, 2022, Doctor On Demand, Inc. ("Doctor On Demand") submitted a letter requesting a pre-motion conference for its anticipated motion to dismiss. *See* Doc. 8. The conference scheduled for June 17, 2022 at 10:00 a.m. is hereby adjourned. Richard Mejia's request for leave to file an amended complaint no later than July 7, 2022 is granted. *See* Doc. 11. Doctor On Demand's request for leave to file a motion to dismiss is granted. The briefing schedule is as follows: papers due July 28, 2022; opposition due August 18, 2022; and reply due August 25, 2022.

    SO ORDERED.

Dated:   June 16, 2022
             New York, New York

                                                            Edgardo Ramos, U.S.D.J.